No. 81–1793. RAGUSA ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 81–1804. RCA CORP. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 81–1811. SLATER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 81–1821. SUPER EXCAVATORS, INC. *v.* OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 81–1868. COUNCIL OF PUBLIC UTILITY MAILERS *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 81–1897. ANTHONY *v.* UNITED STATES ET AL.; and ANTHONY *v.* WEST, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF OKLAHOMA (UNITED STATES, REAL PARTY IN INTEREST). C. A. 10th Cir. Certiorari denied. Reported below: 667 F. 2d 870 (first case); 672 F. 2d 796 (second case).

No. 81–1907. REGILIO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 81–1934. LEWIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 81–1944. PACIFIC LEGAL FOUNDATION ET AL. *v.* STATE ENERGY RESOURCES CONSERVATION AND DEVELOPMENT COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 81–1967. CANNON ET AL. *v.* CONSOLIDATED RAIL CORP. ET AL.; and
No. 81–1992. UNITED TRANSPORTATION UNION *v.* CONSOLIDATED RAIL CORP. ET AL. Sp. Ct. R. R. R. A. Certiorari denied. ▮